```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   PINE BLUFF DIVISION
```

MARTY YOUNG                                                Plaintiff

v.                         5:05CV00091-WRW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                   Defendant

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge John F. Forster. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 27th day of June, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE